UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON P. JONES, | |
| Plaintiff, | |
| VS. | CIVIL ACTION NO. |
| | 3:18-CV-1754-G (BN) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 11, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**